UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| M3 PRODUCTIONS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>DARON JONES and QUINNES D. PARKER,<br><br>   Defendants. | CIVIL ACTION NO.<br>1:19-CV-1435-JPB |

## JUDGMENT

This action having come before the Court, the Honorable J. P. Boulee, United States District Judge, on Plaintiff M3 Productions, Inc.'s Motion for Default Judgment and the Court having **GRANTED** said motion on October 21, 2021, it is

**Ordered and Adjudged** that judgment is entered in favor of Plaintiff against Defendant in the statutory damages amount of $100,000.00.

**SO ORDERED** this 21st day of October, 2021.

                                              Kevin P. Weimer
                                              CLERK OF COURT

                                By:   s/B. Walker_____
                                               Deputy Clerk

Prepared & Filed in the Clerk's Office
October 21, 2021
Kevin P. Weimer
Clerk of Court
By: s/B. Walker_____
     Deputy Clerk